

East Baton Rouge Parish School System
Finance Department
1050 South Foster Drive, Baton Rouge, Louisiana 70806
Phone (225) 922-5440, Fax (225) 923-3406
www.ebrschools.org

United States District Court
Middle District of Louisiana

**FILED**

March 1, 2012

February 28, 2012

*Clerk of the United States District Court*
*Middle District of Louisiana*
*Russell B. Long Federal Building*
*777 Florida Street*
*Suite 139*
*Baton Rouge, LA 70801*

Dear Sir:

    Please file the enclosed *"Answers to Interrogatories"* in the record of the following case:

        3:01CR000173-002   United States of America vs Donna Hamilton

    Thanking you for your cooperation in this matter, I remain

                                        Very truly yours,

                                        Domoine D. Rutledge
                                        General Counsel for the East
                                        Baton Rouge Parish School System

DDR/tlv

attachment

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MISC. ACTION NO: 12-11 |
| ) | |
| vs. ) | COURT NO. 3:01CR000173-002 |
| ) | |
| DONNA HAMILTON ) | |
| (SS# \*\*\*-\*\*-8761) ) | |
| (EMP# 133630) ) | |

### ANSWERS TO INTERROGATORIES

NOW INTO COURT, comes the East Baton Rouge Parish School System, made Garnishee herein, and for answers to the interrogatories propounded to it, with respect to defendant in writ, says:

| | | |
|---|---|---|
| ANSWER TO INTERROGATORY | #1: | Yes currently employed. |
| ANSWER TO INTERROGATORY | #2: | Semi monthly |
| ANSWER TO INTERROGATORY | #3: | Salary $45,219.00 Paid in 20 checks from 09/15/11 through 06/15/12. |
| ANSWER TO INTERROGATORY | #4: | No previous garnishments. |
| ANSWER TO INTERROGATORY | #5: | N/A |
| ANSWER TO INTERROGATORY | #6: | N/A |

WHEREFORE, Garnishee prays that these answers be deemed good and sufficient. Garnishee further prays that any judgment entered herein be made subject to and limited by the garnishment laws of the State of Louisiana, and for all costs in this matter including attorney's fees.

_____
James P. Crochet, CPA
Chief Financial Officer
P.O. Box 2950
Baton Rouge, LA 70821
(225) 922-5440

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared James P. Crochet, who after being first duly sworn, did depose and say that he is duly authorized to file these answers; that all allegations of fact contained herein are true and correct; and that a copy hereof has this day been mailed to: *James Nelson, 777 Florida Street, Suite 208, Baton Rouge, LA 70801.* Telephone: *(225)389-0443.*

_____
James P. Crochet, CPA

SWORN TO AND SUBSCRIBED before me this 28th day of Feb, 2012.

FN101-303

_____
Domoine D. Rutledge
Bar Roll No. 25230
East Baton Rouge Parish School System
P.O. Box 2950
Baton Rouge, LA 70821