RECEIVED
MAR 0 7 2012
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

United States District Court
Middle District of Louisiana

FILED
March 7, 2012

LOUISIANA STATE
EAST BATON ROUGE PARISH

******** COPY ********
ORIG: 628  BNDL: 12392
3/5/2012 4:12:02 PM
Rene Hamilton COPIED AND RECORDED
175 Ocean Drive BATON ROUGE PARISH, LA
Baton Rouge, La 70806 DOUG WELBORN
Contract No: DRH-030512-JLN CLERK OF COURT AND RECORDER

## AFFIDAVIT OF INSOLVENCY

I, Rene. Hamilton, a Sovereign woman, hereafter 'affiant', who domicile at 175 Ocean Drive, Baton Rouge, La 70806, operating within all her God given rights, being first duly sworn, depose and declare by their word and signature that the following facts are true, correct and complete to the best of their knowledge and belief.

That Affiant is competent to state the matters included in this declaration, has knowledge of the facts, and declared the facts to the best of their knowledge, the statements made in this affidavit are true, correct, and not meant to mislead;

That Affiant is the AUTH.,REP., superior claimant, holder in due course in possession of all rights, title, and deed to property located in the city of Baton Rouge, East Baton Rouge Parish held in name, alleged debtor DONNA RENE HAMILTON;

That at no time has Affiant knowingly, intentionally, or voluntarily agreed to subordinate their position as Creditor/Trustee, Sovereign, through signature, words, actions, or inaction;

That at no time has Affiant accepted or requested extraordinary benefits, or privileges from the or given jurisdiction to the UNITED STATES, or STATE OF LOUISIANA, or any subdivision thereof;

That Affiant states THERE IS NO SUBJECT MATTER JURIS OVER Donna R. Hamilton, DONNA RENE HAMILTON, WHO HAVE NOT EXPRESSLY WAIVED THEIR SOVEREIGN IMMUNITY, Therefore rendering any or all Trespassers actions null and void from the beginning,

Affiant states that alleged Debtor DONNA RENE HAMILTON is an insolvent entity no longer able to pay its debt in the course of doing its business and has been for over 10 years rendering any and all Its alleged debts unenforceable on the grounds it was issued "erroneously and improvidently", [IRS Code 6321]; and on the grounds that the liability was satisfied and legally unenforceable, [IRS Code 6325-(1)] and the debt is over seven years.

I Rene Hamilton declare and certify that the following-named debtor DONNA RENE HAMILTON is insolvent, a insufficiency of assets to pay its debt in the ordinary course of doing business. The requirements of section 6325(a) of the Internal Revenue Code have been satisfied for the debt listed and for all statutory additions. Therefore the levy/lien provided by Code section 6321, sec 3104, and sec 3205(b)(1) for this debt and additions has been released. The proper authorized representative is authorized to note the books to show the release of this lien for these debt/liabilities and additions.

JJB

In accordance to law this debt/liability is cancelled, terminated and discharge when the party who has herself no right of action or recourse on the instrument, UCC 3-601(3) and the debt is over seven years old rendering it an unlawful debt.

That Affiant is not a party to any legal nor lawful contract with debt collect James L Nelson, The United States of American, Nick J Lorio, Ladrica Miner that gave rise to this Wrongful Garnishment or tortious garnishment which has cause severe emotional duress, damages, cut, mane, injuris, causing damage to the relationship between Affiant and East Baton Rouge Parish School System, Teachers' Retirement System Of Louisiana, when none was never warrant because of your unjustified, intentional infliction of harm resulting in damages because of your malicious deeds that have cause harm to Affiant's reputation an honor in the amount of one million dollars($1,000,000.00).

**IT IS HEREBY ORDER** and decreed by my word and signature that the Account number 3:12-mc-00011, 3:01CR000173-002, alleged debt for $1,961,816.52 be Cancel, Terminated, Extinguished and Discharged in accordance with law, and made Null and Void from the beginning with prejudice.

Further Affiant said not---

Signed March 5th, 2012

Without Prejudice

_____ /Affiant/Trustee
Rene Hamilton, Affiant/Trustee
Phone (225) 928-5001

Acknowledgement

As a Notary Public in and for the State of Louisiana, I do hereby certify that on this day 5th, March 2012, the above signed did come before me and executed the foregoing. Witness my hand and seal:

_____
NOTARY PUBLIC (058338), Shirley D. Davis

Case 3:12-mc-00011-JJB-DLD   Document 6   03/07/12   Page 2 of 5

2

Rene Hamilton
175 Ocean Drive
Baton Rouge, LA. 70806

**CM# 7011 0470 0001 4501 4450**	March 05, 2011

Contract No: DRH-030512-JLN

James L Nelson
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801

## NOTICE TO CEASE AND DESIST

RE: 3:12-mc-00011
     3;01CR000173-002 A CLOSED ACCOUNT
     $1,961,816.52

Dear Mr. Nelson:

    I am in receipt of your notice of garnishment dated February 10, 2012, that I received on or about February 28, 2012 via US certified mail. Through this notice I hereby give Debt Collector, notice that this written communication is not a refusal for payment of any alleged debt, but constitutes express, written notice as required by the Fair Debt Collection Practices Act'

    Creditor states that Debt Collector never having a lawful nor valid contract with creditor, therefore rending this alleged claim/statement, null and void; so therefore is **"DISPUTED"**. That upon receipt of this Notice, Debt Collector must cease and desist any and all collection activities re the alleged debt until Creditor is sent verification (PROOF OF CLAIM), and whom given you Quo Warranto over Senders affairs.

    Therefore Debt Collector is barred from proceeding any further with this matter; Sender never having outstanding secured obligation with Debt Collector and no commitment to make advances, incur obligations or otherwise give value.

    That Creditor states THERE IS NO SUBJECT MATTER JURIS OVER DONNA RENE HAMILTON, WHO HAVE NOT EXPRESSLY WAIVED THEIR SOVEREIGN IMMUNITY, Therefore rendering any or all Trespassers actions null and void from the beginning,

    Accordance to law 'Debt Collector never providing proof of claim, wrongful/tortious garnishment, therefore any further action by Debt Collector shall be charged in the

impedien on Sender's rights and liberties because of Debt Collector's tortious conduct, unfair practices, mis use of legal procedures, false, deceptive act and misleading representation, bad faith of an alleged debt, mis use of Ultra Vires action, harassment, Trespassing causing undue extreme emotional distress and mental harm when none was never warranty and continue causing harm to this vessel hereby consenting to a Tort claim and or Commercial Lien and agreeing to Sender's actions.

I Rene Hamilton, certify that a true correct recorded copy of an Affidavit of Solvency and a Notice To Cease And Desist was sent via certified mail to all parties below.

Yours Truly,
AUTHORIZED REPRESENTATIVE

*Rene Hamilton* (signature)

Rene Hamilton

Cc. Nick J Lorio
    Clerk United States District Court
    777 Florida Street, Suite 139
    Baton Rouge, La 70801

    Ladrica Miner
    Deputy Clerk United States District Court
    777 Florida Street, Suite 139
    Baton Rouge, La 70801

    Teachers' Retirement System Of Louisiana
    8401 United Plaza Blvd
    Baton Rouge, La 70809

    James P Crochet, CPA
    East Baton Rouge Parish School System
    1050 South Foster
    Baton Rouge, La.70806

Rene Hamilton
175 Otten Dr.
Baton Rouge, LA 70806

**CERTIFIED MAIL**

7011 0470 0001 4501 4450

Nick J. Gnagelio
Clerk United States District Court
777 Florida Street Ste 139
Baton Rouge LA 70801

7080 1871

U.S. POSTAGE PAID
BATON ROUGE, LA
70806
MAR 06, '12
AMOUNT
$5.75
00044475-05

1000
70801