UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISC. ACTION NO: 12-11 |
| | : | |
| versus | : | COURT NO. 3:01CR000173-002 |
| | : | |
| DONNA RENE HAMILTON | : | |

**MOTION AND INCORPORATED MEMORANDUM TO STRIKE DEFENDANT'S "AFFIDAVIT OF INSOLVENCY" AND FOR RULE TO SHOW CAUSE**

Plaintiff United States of America, through undersigned counsel, respectfully moves this Court pursuant to Rule 12(f), Federal Rules of Civil Procedure, to strike the Affidavit of Insolvency (Affidavit) filed by defendant in these proceedings (Rec. Doc. 6) and to order defendant to show cause why she should not be held in contempt of this court for its filing, In support of this motion, the United States shows:

1.:

Defendant's Affidavit has no application or merit in the context of this garnishment action, or any enforcement action by the government for that matter.. The blatant and utter bogusness of the Affidavit contemns the integrity of this Honorable Court and wastes both the government's and the Court's time in having to deal with such nonsense. The Affidavit meets the impertinency, immateriality and scandalousness standards of Rule 12(f).

2.

Defendant took the additional contemptuous step of recording the bogus Affidavit in the public land records of East Baton Rouge Parish. See recording stamp on the face of the document. The Affidavit also purports to cancel without any legitimate basis whatsoever criminal debt owed by her, the same debt which the United States is attempting to enforce by its garnishment action.

WHEREFORE, the United States prays that its motion to strike be granted and that Defendant be ordered to show cause on a date and time fixed by this Court why she should not be held in contempt of court for filing the bogus Affidavit and why she should not be ordered to pay the reasonable attorney's fees of the United States attendant to this motion to strike and to cancel the Affidavit from the public land records of East Baton Rouge Parish, State of Louisiana..

        UNITED STATES OF AMERICA, by

        DONALD J. CAZAYOUX, JR.
        UNITED STATES ATTORNEY

BY:    s/ James L. Nelson
        James L. Nelson, LBN 9934
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana 70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0685
        E-mail: jim.nelson@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISC. ACTION NO: 12-11 |
| | : | |
| versus | : | COURT NO. 3:01CR000173-002 |
| | : | |
| DONNA RENE HAMILTON | | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion and Incorporated Memorandum to Strike Defendant's "Affidavit of Insolvency" and Rule to Show Cause* and proposed *Order* has been mailed, postage prepaid, to Donna Rene Hamilton at her last known address, Domoine D. Rutledge, General Counsel for East Baton Rouge Parish School Board, 1050 South Foster Drive, Baton Rouge, LA 70806, and Matt Tessier, Counsel for Teachers' Retirement System of Louisiana, P. O. Box 94123, Baton Rouge, LA 70809-7016.

Baton Rouge, Louisiana, this 7th day of March, 2012.

UNITED STATES OF AMERICA, by

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY

BY: s/ James L. Nelson
James L. Nelson, LBN 9934
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: jim.nelson@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | MISC. ACTION NO: 12-11 |
|---|---|---|
| | : | |
| versus | : | COURT NO. 3:01CR000173-002 |
| | : | |
| DONNA RENE HAMILTON | : | |

**ORDER**

CONSIDERING the United States' *Motion to Strike Defendant's "Affidavit of Insolvency" and For Rule to Show Cause* (Rec. Doc. 7) and the Court finding the motion to have merit:

IT IS HEREBY ORDERED that Defendant's Affidavit of Insolvency (Rec. Doc. 6) be stricken from the record of this case.

IT IS FURTHER ORDERED that the Defendant Donna Rene Hamilton personally appear and show cause on the ___ day of _____, 2012, at _____ in Courtroom ___ of the United States Courthouse and Federal Building, 777 Florida Street, Baton Rouge, Louisiana, 70801 why she should not be deemed and held in contempt of this Court for her filing such a specious and bogus document in the record of this action and why she should not be ordered to pay the reasonable attorney's fees of the United States attendant to the motion to strike and show cause and ordered to cancel the Affidavit from the public land records of East Baton Rouge Parish, State of Louisiana..

Baton Rouge, Louisiana this ___ day of _____, 2012.

_____
CHRISTINE NOLAND, MAGISTRATE JUDGE