UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MISC. NO. |
| VERSUS | 12-11-JJB-DLD |
| DONNA RENE HAMILTON | |

**ORDER**

Considering the foregoing motion,

IT IS HEREBY ORDERED that the Motion to Continue the hearing set for May 17, 2012 is GRANTED and RE-SET to Thursday, May 24, 2012, at 11:00 a.m.

IT IS FURTHER ORDERED THAT the U.S. Marshal shall serve this order on the defendant at her address:

175 Ocean Drive, Baton Rouge, LA 70806

Baton Rouge, Louisiana, <u>May 16, 2012</u>.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA